IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| JOE A. GUASCO and NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 3:06-CV-00247 <br> Phillips / Guyton |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT FORD MOTOR COMPANY**

Come Plaintiffs, JOE A. GUASCO and NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, and Defendant, FORD MOTOR COMPANY, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and stipulate that Plaintiffs' action against Defendant Ford Motor Company shall be DISMISSED WITHOUT PREJUDICE. Each party shall bear its own costs, and no discretionary costs shall be assessed.

This 17th day of January, 2007.

1306921.1

Respectfully submitted,

s/ Robert F. Chapski
J. Randolph Bibb, Jr. (B.P.R. No. 9350)
Robert F. Chapski (B.P.R. No. 022043)
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804


s/ John W. Reis
w/permission s/ Robert F. Chapski
John W. Reis (B.P.R. No. 024818)
COZEN O'CONNOR
301 South College Street, Suite 2100
Charlotte, North Carolina 28202
Telephone: (704) 376-3400
Facsimile: (704) 334-3352


## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2007, a copy of the foregoing Stipulation of Dismissal Without Prejudice of Defendant Ford Motor Company was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    John W. Reis, Esq.
    COZEN O'CONNOR
    301 South College Street, Suite 2100
    Charlotte, N.C. 28202
    jreis@cozen.com

                                              s/ Robert F. Chapski
                                              Robert F. Chapski


Dated: January 17, 2007

1306921.1